THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Ronald Wood, Appellant.
 
 
 
 
 

Appeal From Lexington County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No.  2009-UP-492
 Submitted October 1, 2009  Filed October
21, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia,  for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General
 Salley W. Elliott, all of Columbia; and Solicitor Donald V. Myers, of
 Lexington, for Respondent.
 
 
 

PER CURIAM:  Ronald
 Wood pled guilty to first-degree burglary and was sentenced to fifteen years'
 incarceration.  Wood asserts the trial court erred by accepting his plea
 because it did not comply with the mandates set forth in Boykin v. Alabama,
 395 U.S. 238 (1969).  Wood filed a pro se brief.  After a thorough review of the record and both
 briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, WILLIAMS, and
 GEATHERS, JJ., concur.  

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.